IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.NO. 1:14CR123-WC |
| | ) | [18 U.S.C. § 7(3); |
| | ) | 18 U.S.C. § 13(a); |
| | ) | Code of Ala. § 32-5A-191(a) (1) & (2) |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| JESSICA BROOKE BOGGS | ) | INFORMATION |

*RECEIVED 2014 APR 21 P 4:16 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

The United States Attorney charges:

Count 1

On or about the 19th day of December 2013, within the Middle District of Alabama, the Defendant,

JESSICA BROOKE BOGGS,

at a place within the special maritime and territorial jurisdiction of the United States, namely Fort Rucker, Alabama, on land acquired for the use of the United States and under its exclusive jurisdiction, did unlawfully drive and was in actual physical control of a vehicle while there was 0.08 percent or more by weight of alcohol in her blood and while under the influence of alcohol, in violation of Title 32, Code of Alabama 1975, Section 5A-191(a)(1) & (2), and Title 18, United States Code, Sections 7(3) and 13(a).

GEORGE L. BECK, JR
UNITED STATES ATTORNEY

KEVIN P. DAVIDSON
ASSISTANT U.S. ATTORNEY

_/s/ Mark-Eric Ponsati_
MARK-ERIC PONSATI
SPECIAL ASSISTANT U.S. ATTORNEY
WISCONSIN BAR NO. 1074545
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama  36362-5000
Telephone: (334) 255-3308
Fax: (334) 255-1869
Email:  markeric.ponsati.mil@mail.mil

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | )   AFFIDAVIT |
| DALE COUNTY | ) |

The undersigned, being first duly sworn, deposes and says:

On December 19, 2013, at approximately 0100 hours, a Compliance Checkpoint was conducted at Andrews Avenue and Lowe Field Road. A white in color, 2012 Ford sedan entered the checkpoint with a female driver attempting to drive a friend home on post. Upon initial contact with the driver, a strong odor of an alcoholic beverage was detected emitting from the vehicle and the person. The driver was asked to pull over to the side of the road for further investigation. The driver was identified as JESSICA BROOKE BOGGS. BOGGS was asked to step out of the vehicle. She made a spontaneous statement that she drank a beer and a couple of Red Bulls earlier in the evening. BOGGS was told that she would be submitting to a couple of tests. When asked if she had any physical problems, BOGGS stated that she had hip replacement surgery. A Horizontal Gaze Nystagmus (HGN) Field Sobriety Test was conducted where I observed two cues and head movements. A portable breath test (pbt) was administered to BOGGS resulting in a .13% BAC. BOGGS was searched and placed under apprehension. She was transported to the MP Station where she was administered a Draeger Breath Test resulting in a .11% BAC. She was issued a CVB for Driving Under the Influence of Alcohol, and released.

_____
JONATHAN A. PERKINS, SPC, MILITARY POLICE OFFICER

Subscribed and sworn to (or affirmed) before me on this 24 day of FEB 2014.

_____
NOTARY PUBLIC

My commission expires:   NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: June 7, 2015
BONDED THRU NOTARY PUBLIC UNDERWRITERS