IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No.: 1:14-CR-123-WC |
| | ) |
| JESSICA BROOKE BOGGS | ) |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, William A. McGeachy, and enters his appearance as counsel on behalf of Defendant, **JESSICA BROOKE BOGGS,** in the above-styled case.

This 14th day of May, 2014.

Respectfully submitted,

s/ William A. McGeachy
**WILLIAM A. McGEACHY**
Federal Defenders, Middle District of Alabama
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: william_mcgeachy@fd.org
ASB-0808-I55M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:14-CR-123-WC |
| | ) | |
| JESSICA BROOKE BOGGS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

Respectfully submitted,

s/ William A. McGeachy
**WILLIAM A. McGEACHY**
Federal Defenders, Middle District of Alabama
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: william_mcgeachy@fd.org
ASB-0808-I55M