IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:14-CR-123-WC |
| ) | |
| JESSICA BROOKE BOGGS ) | |

NOTICE OF APPEARANCE

**COMES NOW** the Undersigned Counsel, Stephen P. Ganter, and enters his appearance on behalf of Defendant, **JESSICA BROOKE BOGGS,** in the above-styled case.

Dated this 14th day of May, 2014.

Respectfully submitted,

**s/ Stephen Ganter**
**STEPHEN GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Stephen_Ganter@fd.org

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 1:14-CR-123-WC |
| | ) | |
| **JESSICA BROOKE BOGGS** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        Respectfully submitted,

        **s/ Stephen Ganter**
        **STEPHEN GANTER**
        Bar No.: TX24003732
        Federal Defenders
        Middle District of Alabama
        817 South Court Street
        Montgomery, AL 36104
        TEL:   (334) 834-2099
        FAX:   (334) 834-0353
        E-Mail: Stephen_Ganter@fd.org